IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) Criminal No. 21-79
v. ) Judge Robert J. Colville
) Magistrate Judge Lisa Lenihan
SUSAN GILBERT )

**MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT**

Defense Counsel: Jonathan Meltz       AUSA: Robert Cessar / Karen Gal Or

1. Date of arraignment: 3/17/21

2. Defendant is: ___ incarcerated.
   X on bond.

3. Defendant entered a plea of **NOT GUILTY**.

4. The parties were advised that all pretrial motions must be filed within fourteen (14) days.

5. A Rule 16 conference: X has been held    ___ has not been held.

6. Discovery is: X completed    ___ not completed.

7. Defendant has requested to be tried by: ___ Jury    ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for _____.
   ___ has not been scheduled for trial.
   X has not been scheduled for trial, but will be notified.

9. Estimated trial length for: 4 Days for the whole case

10. Oral motion made for extension of Pretrial Motions? X Yes ___ No   Motions Due: 5/3/2021

    ___ has been processed by US Marshal.
    X has not been processed by US Marshal, but has been advised to be processed.

*Rule 16 Receipt to be filed within 7 days*

s/Lisa Pupo Lenihan
United States Magistrate Judge

cc: Judge Colville

The Defendant agreed to participate in the arraignment via video

f:\wpdocs\order.fxc\arrnt_94._____